McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 07, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 2:20-mj-0154 DB |
|---|---|
| v. | SEALING ORDER |
| Alberto SALGADO, Martin CERVANTES Vasquez, and Isaiah SALGADO. | **UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:   10/7/2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER